## Exhibit A to the Complaint

**Location:** Summit, NJ  
**Total Works Infringed:** 66  

**IP Address:** 174.166.132.27  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 9EF45F45021DE4927C05D7504ED40059EB69E3FA | 04/05/2025 10:12:34 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |
| 2 | 48A0D7DF6BA9EA1A21E6F0B63A2F4FD531BD4000 | 04/04/2025 03:32:59 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 3 | 189BF3E59BA76C2D31BB371DA8E5E3217633569C | 04/04/2025 03:30:39 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 4 | 080F3B044ACE9BB03E6782617E8ACC80185FB26E | 04/04/2025 03:26:26 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 5 | 5318DFE4F1B24ED3AB377A667F2BC9444C9F742C | 04/04/2025 03:23:55 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 6 | 54E4B2B5789A497421D0B0E9DC0EF25108484A77 | 04/04/2025 03:21:42 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 7 | 28EB409E7A165CDED223E36FF704CD5894C6A600 | 03/10/2025 21:41:42 | Blacked | 11/05/2022 | 12/11/2022 | PA0002384720 |
| 8 | 6215317E618659CB22BBBBA7AD4078AE2E0BCE56 | 03/10/2025 21:34:11 | Tushy | 09/11/2022 | 10/05/2022 | PA0002373765 |
| 9 | 3ADC06A6C923495B15747095E6D9ED7967551D88 | 03/10/2025 21:34:02 | Blacked | 01/14/2023 | 01/27/2023 | PA0002393079 |
| 10 | 4260d920f52bfceaddace8a6ddfdb581f7e65dc5 | 10/07/2024 17:16:20 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 11 | aff63fcbe6d09f70e622214440dc1f9f2139f8df | 10/03/2024 01:32:43 | Vixen | 01/28/2022 | 03/04/2022 | PA0002345791 |
| 12 | d06d8a27cf40c92d65bceaf9de02d8ca4588fc2a | 09/25/2024 20:11:46 | Vixen | 11/25/2022 | 12/11/2022 | PA0002384729 |
| 13 | e26ec8738447361343aa2f53140c549d7686f9c0 | 09/24/2024 17:38:40 | Slayed | 06/21/2022 | 07/21/2022 | PA0002367486 |
| 14 | 5e0e752da71a79d5df23b90e6c50caaf193dfa45 | 09/20/2024 09:51:44 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 15 | faa9f99dd9da78255d7f3d54675755ac009e932e | 09/20/2024 08:02:42 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 16 | 1ccd3bf7de325b6191ce2b7aabf28cb0a8121e61 | 09/18/2024 22:04:55 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | e416d9520585e6b0bc278c9aa5e8cc4c5bc1505b | 09/18/2024 07:41:01 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 18 | 26957a5688f9e9d723b233ea9659caa1dac039be | 09/16/2024 16:11:28 | Blacked Raw | 06/20/2022 | 08/10/2022 | PA0002370905 |
| 19 | a941c0d353a9b8b27d5e1bf0139318e5db6d3e71 | 09/06/2024 03:54:22 | Vixen | 06/10/2022 | 06/27/2022 | PA0002354995 |
| 20 | 35e11bfea271a297a0dafab51cb8d2ea557b9a1a | 09/04/2024 14:30:50 | Tushy | 08/08/2021 | 09/08/2021 | PA0002316099 |
| 21 | 7121eace63d95b8a8904ed58cb1654c7483a63cd | 09/03/2024 07:19:02 | Vixen | 11/13/2020 | 12/09/2020 | PA0002274953 |
| 22 | 39642f41a9440b656c8124b92117bf441fdd8705 | 09/03/2024 02:49:57 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |
| 23 | b38afaf7b6b4abb027c81f2ce8791265dd84da1f | 09/03/2024 02:49:56 | Blacked Raw | 01/03/2022 | 01/17/2022 | PA0002330091 |
| 24 | b212db1a821447ab3f5c3cbdb30368da8f35d6b7 | 09/02/2024 22:12:00 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 25 | 87d7e3e906f7c94b203bf35805b606e858d63ac2 | 08/15/2024 22:17:18 | Vixen | 09/24/2021 | 11/11/2021 | PA0002321289 |
| 26 | 47ad03c8d52abe80eacbc45dfe19920690847495 | 07/16/2024 22:07:08 | Tushy | 12/04/2022 | 01/10/2023 | PA0002389591 |
| 27 | d3fadd81218d16fdad8bcc071766a0e0b5630b82 | 07/15/2024 21:24:01 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 28 | 5af68ae06e5e16d20c338419ce7227a72f31375c | 07/04/2024 23:57:54 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 29 | 752e7deb87a02334b5649ee1fc8f0d941d627158 | 06/06/2024 14:30:40 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |
| 30 | 8052c0a788c31f7c0f6b4432af40cfb61f591339 | 06/01/2024 14:41:40 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 31 | 7bb332ceb48f23a7149909975df6576655e3a318 | 05/28/2024 06:39:07 | Vixen | 01/14/2022 | 03/04/2022 | PA0002345789 |
| 32 | 78c844cfb16c9888aeb78cabde8dcf388cf9b2c7 | 05/23/2024 22:51:19 | Blacked Raw | 05/16/2022 | 05/20/2022 | PA0002350378 |
| 33 | 993c8d7e16b4646f8ac5fbb6751570d783d6674b | 05/22/2024 18:40:32 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 34 | 03625c36f03a7ab65b2efd4e80eb96633af9a55b | 05/22/2024 16:14:29 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | b369ebd47868c4bee11e97812fe799f63186a97b | 05/12/2024 13:00:42 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 36 | 8169612394390c41c2072c8ce7de70e18be8a231 | 05/11/2024 09:22:22 | Tushy | 05/08/2022 | 05/20/2022 | PA0002350382 |
| 37 | a24f07ec63e2ad72dc0c52fb0bdfd21ba5c25d5d | 05/09/2024 12:41:46 | Vixen | 09/13/2021 | 09/30/2021 | PA0002319739 |
| 38 | d7056136a9f2d28441e9c66b7d13b69c7ad774e9 | 04/29/2024 03:33:23 | Blacked Raw | 06/21/2021 | 07/08/2021 | PA0002300661 |
| 39 | F03A48801D5742A3376B3684CDB81EB71F950E63 | 04/20/2024 22:10:49 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 40 | 358EA919A22A10DD3194DF097C8EB8402FC0C9E9 | 04/20/2024 21:15:15 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 41 | bd587a900b2ee04cb93c3e36525990660dc2d06e | 04/10/2024 03:56:29 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 42 | c86a699df24bebe466827def7ba10e90665ff94b | 03/31/2024 11:54:41 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 43 | 5ac1f10db6792678b86c9c8434cad030cb5b5b14 | 03/27/2024 05:45:08 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 44 | d3bbf0cb96788f3061eef646470697c39b991a75 | 03/21/2024 13:18:14 | Vixen | 12/10/2021 | 03/04/2022 | PA0002345787 |
| 45 | 92d09d766f5ee3d6ec74f308077a40de656f40d7 | 03/18/2024 07:22:30 | Tushy | 07/11/2021 | 09/21/2021 | PA0002312668 |
| 46 | c66691fdf93e37ca8b760beb5641509507ced21b | 03/18/2024 02:36:00 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |
| 47 | ab46cb2529bc63852e50bb45a8e4502149dad07d | 03/17/2024 10:56:35 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 48 | 85e49c0f2956e83d73fe9354c84b9c436faefbcf | 03/12/2024 05:05:30 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 49 | 25bfc58b1cb40f032dd4ebe706026e99c2ba75a5 | 03/07/2024 02:51:09 | Blacked Raw | 01/29/2023 | 04/13/2023 | PA0002406902 |
| 50 | 31aba0b21d81bc8ed066320ee2a56c75b5c91877 | 03/06/2024 07:34:01 | Vixen | 05/29/2020 | 06/16/2020 | PA0002253260 |
| 51 | faa3847f5683839211ca83228e3cc274a234c49f | 03/02/2024 22:01:56 | Vixen | 10/29/2021 | 11/11/2021 | PA0002321280 |
| 52 | 3b0b0880ffa571f4560693b68e197fe069322dc1 | 02/29/2024 21:34:49 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 642a0d15741e6418f0665421322ee735f0af1eee | 02/27/2024 23:10:21 | Blacked Raw | 01/17/2022 | 03/04/2022 | PA0002345790 |
| 54 | 0b44329a7dab30a2d7806d9c0c771f627e77cb2e | 02/23/2024 17:25:12 | Vixen | 04/28/2023 | 05/15/2023 | PA0002411258 |
| 55 | 3fd9eb64d7090e972e3f1af36874a5e86d557da0 | 02/23/2024 11:38:49 | Tushy | 09/25/2022 | 10/05/2022 | PA0002373771 |
| 56 | 510fea3ef6289781f2ad47ec515ae1c719beff07 | 02/17/2024 14:23:08 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 57 | 852934E7860EB0CD0D61C6035D37078D8519C277 | 02/03/2024 20:23:47 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 58 | B1B6053B74D9DFF9CDA9B8412EAAA0542D21B09C | 02/03/2024 00:15:00 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 59 | 6c8840564ba8280d6075e8dc86a89e658f4f56f9 | 01/20/2024 01:51:49 | Tushy | 07/10/2022 | 07/22/2022 | PA0002359469 |
| 60 | 6c8838fc8d9e67b9cede5a554638a6ceffe917cb | 01/20/2024 01:21:37 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 61 | 6c8898a546df1c9fb1ac84bd680fc492b48cef0c | 01/20/2024 01:21:24 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 62 | BF21E889895AA90EA2BC115F1EE7EB1F86E2AB0B | 01/14/2024 15:08:10 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 63 | ACD57716BFA658933D1E4B156C0688988E0CAD44 | 01/14/2024 14:54:37 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 64 | 561333F4B0953EDEE1B15B80DE6F630D4E3DF9C0 | 01/11/2024 16:43:15 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 65 | bdd59632c959ee94476760f246153d845ba12a87 | 12/31/2023 15:12:24 | Blacked | 04/03/2021 | 04/14/2021 | PA0002286725 |
| 66 | 55180e4ec7745fdb3381ed251ec1ebb744638571 | 12/08/2023 20:18:05 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |